PD-0245-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/9/2015 1:26:04 PM
Accepted 6/11/2015 3:05:41 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JUAN BLEA, §
    APPELLANT

V. §     NO. PD-0245-15

THE STATE OF TEXAS, §
    APPELLEE §

## NOTICE OF APPEARANCE AS RETAINED COUNSEL

**TO THE HONORABLE COURT OF APPEALS:**

Now comes the undersigned attorney and files this Notice of Appearance. This firm is currently retained in the above-styled and numbered cause. Please direct all correspondence and notices to Joseph C. Boswell as lead counsel as he will be handling this matter for the firm rather than Dawn A. Moore.

Respectfully submitted,

Joseph C. Boswell
Attorney for Appellant
State Bar No. 00794971
Boswell & Moore, P.C.
1504 E. McKinney, Ste. 200
Denton, TX 76209
(940) 382-4711
(940) 349-9922 FAX
joe@boswellandmoore.com

FILED IN
COURT OF CRIMINAL APPEALS

June 11, 2015

ABEL ACOSTA, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been served on Denton County Assistant District Attorney, Andrea Simmons by electronic service on the __9__ of _____, 2015.

_____
Joseph C. Boswell